ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 13 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

CARRIE K. S. OKINAGA, 5958
Corporation Counsel

CURTIS E. SHERWOOD, 7851
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawai`i 96813
Telephone: 527-6783
Facsimile: 523-4583
E-mail: csherwood@honolulu.gov

LODGED
MAR 05 2007
CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

Attorney for Defendants
CITY AND COUNTY OF HONOLULU,
TODD H. KOYANAGI, GERALD PERRIN,
GENE K. MONTEILH, BRENT SYLVESTER,
and TAMYRA TORRES,
and Third-Party Plaintiff
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HORATIO PARDEE, | ) CV05 00592 JMS/BMK |
| | ) |
| Plaintiff, | ) STIPULATION FOR DISMISSAL |
| | ) OF ALL CLAIMS AND ALL |
| vs. | ) PARTIES WITH PREJUDICE |
| | ) |
| CITY AND COUNTY OF | ) |
| HONOLULU, SHANNON T.K. CHU, | ) |
| TODD H. KOYANAGI, TAMYRA | ) |
| TORRES, GERALD PERRIN, GENE | ) |
| K. MONTEILH, DOMINADOR | ) |
| CABRADILLA, BRENT | ) |
| SYLVESTER, AND JOHN DOES | ) |
| 8-10, | ) |
| | ) Trial: March 20, 2007 |
| Defendants. | ) |

CITY AND COUNTY OF HONOLULU,

    Defendant and Third-Party Plaintiff,

vs.

JOHN ROES 1-10, AND JANE ROES 1-10,

    Third-Party Defendants.

## STIPULATION FOR DISMISSAL OF ALL CLAIMS AND ALL PARTIES WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between all of the parties remaining in this action, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that all remaining claims shall be dismissed with prejudice. This shall include all of Plaintiff HORATIO PARDEE's claims against DOMINADOR CABRADILLA, a named party defendant, but one who has never been served nor appeared in this action.

Each party shall bear his own attorneys' fees and costs.

There are no other claims and/or parties. The trial in this matter was set for March 20, 2007.

//

//

All appearing parties herein have indicated their approval and have signed this stipulation.

DATED: Honolulu, Hawaii, _____.

_____
ERIC A. SEITZ
Attorney for Plaintiff
HORATIO PARDEE


DATED: Honolulu, Hawaii, March 5, 2007.

                CARRIE K.S. OKINAGA
                Corporation Counsel

                By:_____
                CURTIS E. SHERWOOD
                Deputy Corporation Counsel

                Attorney for Defendants
                CITY AND COUNTY OF HONOLULU,
                TODD H. KOYANAGI, GERALD PERRIN,
                GENE K. MONTEILH, BRENT SYLVESTER,
                and TAMYRA TORRES,
                and Third-Party Plaintiff
                CITY AND COUNTY OF HONOLULU


APPROVED AND SO ORDERED:

_____
Judge of the above-entitled Court


---

HORATIO PARDEE vs. CITY AND COUNTY OF HONOLULU, et al.; CV05 00592 JMS/BMK; Stipulation for Dismissal of All Claims and All Parties with Prejudice